# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| In re Kevin Crampton and<br>LeVella Crampton,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 11-29820-SVK<br>Chapter 13 |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Kevin and LeVella Crampton ("Debtors") through their counsel, Michael J. Maloney and the Watton Law Group, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI  53202-4581

Michael J. Maloney, Esq.
Watton Law Group
700 North Water Street, Suite 500
Milwaukee, WI   53202
Telephone (414) 273-6858
Facsimile (414) 273-6894

Pursuant to Bankruptcy Rule 2002(a)(5), the last day for filing an objection to the modified Chapter 13 Plan is twenty-one (21) days from the date of this notice.

You must also mail a copy to:

> Michael J. Maloney, Esq.
> Watton Law Group
> 700 North Water Street, Suite 500
> Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors;

2. This is a request to modify a Chapter 13 Plan (Select A. or B.)

    A. ☐ post-confirmation;

    B. ☒ pre-confirmation (Select i. or ii.);

        i. ☒ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii. ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (*List creditors*)

3. The Proponents wish to modify the Chapter Plan to do the following: raise the floor amount to be paid to general unsecured creditors.

2

Case 11-29820-svk    Doc 19    Filed 09/21/11    Page 2 of 5

4. The reason(s) for the modification is/are: address the concerns raised by the Chapter 13 Trustee.

5. Select A. or B.

   A. ☐ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

   B. ☒ The unconfirmed Chapter 13 Plan dated June 22, 2011 is modified as follows:

   Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of $715.00 per month for the remaining 60 months.

   Estimated Total of plan payments: $42,900.00

   Plan Length: This plan is estimated to be for 60 months.

   General Unsecured non-priority claims shall be paid not less than $21,583.40.

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENTS OF THE MODIFICATION CERTIFY THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. We, <u>Kevin and LeVella Crampton</u>, the debtors in this case, certify that we have reviewed the modification to the Chapter 13 plan proposed in this motion, We authorize my attorney to file it with the court.

<u>/s/ Kevin Crampton</u>  <u>September 19, 2011</u>
Debtor  Date

<u>/s/ LeVella Crampton</u>  <u>September 19, 2011</u>
Joint Debtor  Date

WHEREFORE, the Proponents request that the court approve the modification to the Chapter 13 Plan as stated herein.

Date: <u>September 20, 2011</u>   <u>/s/ Timothy H. Hassell, for</u>
 Michael J. Watton, Esq.
 Watton Law Group
 700 North Water Street, Suite 500
 Milwaukee, Wisconsin 53202

 Attorney for Debtors

4
Case 11-29820-svk    Doc 19    Filed 09/21/11    Page 4 of 5

A copy of the foregoing filed electronically
on September 21, 2011 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service
on September 21, 2011 to:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203



/s/Ashley Hermann, Paralegal
(Electronically file by)




Crampton
Case No. 11-29820-SVK